# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129284

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DANIEL AVILES,
   Defendant-Appellant.

      SC: 129284
      COA: 259640
      Van Buren CC: 98-010954-FC

_____/

  On order of the Court, the application for leave to appeal the June 24, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

  KELLY, J., would hold this case in abeyance for *Davis v Washington*, 2005 US LEXIS 7859.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006          _____

d0120                 Clerk